LEE TRAN & LIANG LLP
  Enoch H. Liang (Bar No. 212324)
  enoch.liang@ltlattorneys.com
  James M. Lee (Bar No. 192301)
  james.lee@ltlattorneys.com
  Lauren Sliger (Bar No. 213880)
  lauren.sliger@ltlattorneys.com
  Timothy S. Fox (Bar No. 280918)
  timothy.fox@ltlattorneys.com
  Roozbeh Gorgin (Bar No. 276066)
  roozbeh.gorgin@ltlattorneys.com

601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
Tel.: 213-612-8900
Facsimile: 213-612-3773

Attorneys for Plaintiffs
Unilin Beheer B.V. and Flooring Industries, Ltd. Sarl

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNILIN BEHEER B.V., and FLOORING INDUSTRIES, LTD. SARL,<br><br>Plaintiffs,<br><br>v.<br><br>NSL TRADING CORP., *et. al.*<br><br>Defendants. | CASE NO: 2:14-cv-02210-BRO (SSx)<br><br>**ORDER: RE STIPULATION TO CONTINUE TRIAL DATE AND DISCOVERY CUTOFF DATES**<br><br>[FILED CONCURRENTLY WITH STIPULATION TO CONTINUE TRIAL DATE AND DISCOVERY CUTOFF DATES] |

ORDER

## ORDER

Pursuant to the Parties' Stipulation, the Court issues the following **ORDER:**

The trial date be extended 75 days, and the discovery cutoff date be extended by 30 days, and respectfully request that the Court issue the following schedule in this matter:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| **Trial (jury)** | October 6, 2015 | December 22, 2015 |
| **Discovery cut-off** | July 27, 2015 | August 26, 2015 |

**IT IS SO ORDERED**

Dated: July 24, 2015

By: _____

Honorable Beverly Reid O'Connell