LEE TRAN & LIANG LLP
Enoch H. Liang (Bar No. 212324)
enoch.liang@ltlattorneys.com
Lauren Sliger (Bar No. 213880)
lauren.sliger@ltlattorneys.com
Timothy S. Fox (Bar No. 280918)
timothy.fox@ltlattorneys.com
Roozbeh Gorgin (276066)
roozbeh.gorgin@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, California 90017
Tel.: 213-612-8900

Attorneys for Plaintiffs
Unilin Beheer B.V. and Flooring Industries, Ltd. Sarl

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILIN BEHEER B.V., and FLOORING INDUSTRIES, LTD. SARL,<br><br>Plaintiffs,<br><br>v.<br><br>NSL TRADING CORPORATION, *et al.*<br><br>Defendants. | Case No.: 14-CV-02210 BRO (SSx)<br><br>**ORDER TO WITHDRAW ACTION FROM TRIAL CALENDAR AND STAY PROCEEDINGS**<br><br>[FILED CONCURRENTLY WITH NOTICE OF SETTLEMENT AND REQUEST TO WITHDRAW ACTION FROM ACTIVE CALENDAR AND STAY] |

1        Pursuant to the Parties' NOTICE OF SETTLEMENT AND REQUEST TO WITHDRAW ACTION FROM TRIAL CALENDAR AND STAY PROCEEDINGS, the Court issues the following **ORDER**:

     1. This action is withdrawn from the Court's active trial calendar.

     2. This action is stayed pending final payment of the settlement amount to Plaintiffs by Defendants pursuant to the terms of the Parties' Settlement Agreements.

     3. This Court shall maintain continuing and exclusive jurisdiction over this action and all matters related to the interpretation and/or enforcement of the Settlement Agreements.

     4. In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

     5. The first such report is to be filed on January 4, 2016, unless the stay is lifted sooner. Successive reports shall be filed every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due.

     6. All pending calendar dates are vacated by the Court.

**IT IS HEREBY ORDERED**

Dated: November 5, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE