1  LTL ATTORNEYS LLP
   Enoch H. Liang (Bar No. 212324)
2  enoch.liang@ltlattorneys.com
   Lauren Sliger (Bar No. 213880)
3  lauren.sliger@ltlattorneys.com
   Timothy S. Fox (Bar No. 280918)
4  timothy.fox@ltlattorneys.com
   Roozbeh Gorgin (276066)
5  roozbeh.gorgin@ltlattorneys.com
   601 S. Figueroa Street, Suite 3900
6  Los Angeles, California 90017
   Tel.: 213-612-8900
7
   Attorneys for Plaintiffs
8  Unilin Beheer B.V. and Flooring Industries, Ltd. Sarl

9
                    **UNITED STATES DISTRICT COURT**
10
                   **CENTRAL DISTRICT OF CALIFORNIA**
11

| UNILIN BEHEER B.V., and FLOORING INDUSTRIES, LTD. SARL, | Case No.: 14-CV-02210 BRO (SSx) |
|---|---|
| Plaintiffs, | **ORDER ENTERING STIPULATED JUDGMENT AGAINST DEFENDANT GRANADA KITCHEN AND FLOOR, LLC** |
| v. | |
| NSL TRADING CORPORATION, *et al.* | |
| Defendants. | |

ORDER ENTERING STIPULATED JUDGMENT

The Court, having considered Plaintiffs Unilin Beheer B.V. and Flooring Industries, Ltd. Sarl's (collectively "Plaintiffs") and Defendant Granada Kitchen & Floor, LLC's ("GKF") Request for Entry of Stipulated Judgement Against Defendant GKF, hereby

ORDERS that judgment be entered in favor of Plaintiffs as follows:

1. U.S. Patent Nos. 6,874,292, 6,928,779, and 6,490,836 (the "patents-in-suit") are valid and enforceable.
2. Defendants GKF, NSL Trading Corporation ("NSL") and Granada Wood & Cabinets, Inc. ("GWC") have infringed the patents-in-suit.
3. GKF is liable for infringement on behalf of NSL, GWC, and itself.
4. Judgement for infringement of the patents-in-suit is entered against GKF in the amount of $1,174,328, with respective liability apportioned as: 14% ($164,405.92) to GKF; 15% ($176,149.20) to GWC; and 71% ($833,772.88) to NSL.
5. GKF waives all rights to appeal or obtain review of this Stipulated Judgment.
6. Each party is to pay its own fees and costs.

**IT IS HEREBY ORDERED**

Dated: April 4, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE